RCR Products & Services
945 McKinney
Houston, TX 77002
Telephone: (832)221-6289
Facsimile:  (832)204-3769

Agent for secured creditor Wells Fargo Bank, NA.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

**CAMDEN DIVISION**

| | | |
|---|---|---|
| In re: ) | Case No. | 03-46730-JHW |
| ) | | |
| Michael A. Pulaski ) | | |
| ) | **NOTICE OF TRANSFER OF** | |
| ) | **SERVICING** | |
| ) | | |
| Debtor ) | (No Hearing Required) | |
| _____ ) | | |

   **PLEASE TAKE NOTICE** that the servicing of the mortgage loan represented by the Proof of Claim #13 filed on January 23rd, 2004 in the amount of $8,350.55 by Washington Mutual Bank, FA with the address of 406 Lippincott Dr., Suite J, Marlton, NJ has been transferred to Wells Fargo Bank, NA (Loan No.8455437833). Chapter 13 Trustee payments and regular monthly payments should be sent to Wells Fargo Bank, NA, Bankruptcy Cash Management, MAC#X2302-04C, One Home Campus, Des Moines, IA 50328 (Tel.1-800-274-7025).

Dated:  December 28th, 2006.

                By: _____
                 /s/R. Prebah Covetz
                 Agent for Secured Creditor,
                 Wells Fargo Bank, NA.

## PROOF OF SERVICE
### (By Mail)

## SEE ATTACHED SERVICE LIST

[X]        (By Mail) I caused each envelope, with postage fully prepaid, to be placed in the United States mail at Houston, Texas.

I declare under penalty of perjury that the following is true and correct.

Executed on December 21st, 2006 at Houston, Texas.

_____
/s/R. Prebah Covetz

**SERVICE LIST**

**Debtor(s)**

Michael A. Pulaski
529 Singley Avenue
Runnemede, NJ 08078

**Debtor's Attorney**

Ronald E. Norman
Law Office of Ronald R. Norman
Washington Professional
Campus II
901 Rte. 168, Suite 407A
Turnersville, NJ 08012

**Trustee**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Ctr.
535 Route 38, Suite 580
Cherry Hill, NJ 08002